IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT ZACCARO and<br>DARLENE ZACCARO<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>　　　　Defendants. | :<br>:<br>:　CIVIL ACTION NO. 02-CV-3464<br>:<br>:<br>:<br>:<br>:<br>:　ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

　　　　Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____          _____
Hope S. Freiwald                                                    Aline Fairweather

_____          _____
Alison T. Conn                                                        Kirstin J. Miller

Dated: July 25, 2002                              DECHERT PRICE & RHOADS
                                                                  4000 Bell Atlantic Tower
                                                                  1717 Arch Street
                                                                  Philadelphia, PA  19103-2793
                                                                  (215) 994-4000